## JOHNSON v. UNITED STATES.
### No. 12088.

Circuit Court of Appeals, Fifth Circuit.
Oct. 23, 1947.

Rubein V. Johnson, of Atlanta, Ga., in pro. per., for petitioner.

H. W. Christenberry, U. S. Atty., and Robert W. Weinstein, Asst. U. S. Atty., both of New Orleans, La., and Harvey H. Tysinger, Asst. U. S. Atty., of Atlanta, Ga., for respondent.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

An examination of the contentions of the petitioner in the light of the record disclosing no ground for the granting of the extraordinary writ he sues for, the petition is denied.